FILED

FEB 26 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US v. Horlando Gelacio Mendoza-Cruz | ) 18-MJ-10194-PCL-CAB |
| US v. Martin Barragan-Rodriguez | ) 18-MJ-20028-RNB-CAB |
| US v. Jorge Bonilla-Morales | ) 18-MJ-20125-KSC-CAB |
| US v. Elvia Chavez-Moreno | ) 18-MJ-20464-JLB-CAB |
| US v. Alex Eduardo Interian-Moo | ) 18-MJ-20561-RNB-CAB |
| US v. Cecilio Martinez-Antonio | ) 18-MJ-20619-CEA-CAB |
| US v. Silvio Abarca-Rodriguez | ) 18-MJ-20683-CEA-CAB |
| US v. Jesus Geronimo Ramirez-Garrido | ) 18-MJ-21106-KSC-CAB |
| US v. Omar Palacio-Verdugo | ) 18-MJ-21313-MDD-CAB |
| US v. Selerino Rinconi-Reyes | ) 18-MJ-22160-RNB-CAB |
| US v. Juan Antonio Garcia-Alavez | ) 18-MJ-22174-RNB-CAB |
| US v. Luis David Polanco-Oregel | ) 18-MJ-22238-RNB-CAB |
| US v. Rolando Adan Trujillo-Diaz | ) 18-MJ-22269-RNB-CAB |
| US v. Gustavo Leon-Hernandez | ) 18-MJ-22488-WVG-CAB |
| US v. Rigoberto Ramirez-Jimenez | ) 18-MJ-22548-RAM-CAB |
| US v. Raymundo Dominguez-Remigio | ) 18-MJ-22627-JLB-CAB |
| US v. Angel Miguel-Pinacho | ) 18-MJ-22663-CEA-CAB |
| US v. Ismael Cruz-Del Valle | ) 18-MJ-22726-RNB-CAB |
| US v. Victor Gabriel Falcon-Chagoya | ) 18-MJ-22817-RNB-CAB |
| US v. Javier Gonzalez-Arguelles | ) 18-MJ-22860-BGS-CAB |
| US v. Liborio Mendez-Fabian | ) 18-MJ-22872-BGS-CAB |
| US v. Romario Jiminez-Juarez | ) 18-MJ-2497-NLS-CAB |
| US v. Jesus Ramirez-Reyes | ) 18-MJ-2814-RNB-CAB |
| US v. Javier Alejandro Cervantes-Leon | ) 18-MJ-3401-RNB-CAB |
| US v. Abimael Garcia | ) 18-MJ-3419-RNB-CAB |
| US v. Vicente Ortiz-Mendoza | ) 18-MJ-3501-RNB-CAB |
| US v. Ricardo Guerrero-Ortiz | ) 18-MJ-3576-KSC-CAB |
| | ) |

| | | |
|---|---|---|
| 1 | US v. Eduardo Gonzalez-Ojeda | ) 19-MJ-20153-RNB-CAB |
| | US v. Miguel Alberto Carrillo-Hernandez | ) 19-MJ-20156-RNB-CAB |
| 2 | US v. Rene Ruiz-Serrato | ) 19-MJ-20275-MDD-CAB |
| 3 | US v. Joel Molina-Mendoza | ) 19-MJ-20314-RNB-CAB |
| | US v. Vicente Leon-Ramirez | ) 19-MJ-20605-WVG-CAB |
| 4 | US v. Julio Cesar Cedeno-Mejia | ) 19-MJ-20928-RNB-CAB |
| 5 | US v. Pablo Soto-Benito | ) 19-MJ-20977-MSB-CAB |
| | US v. David Graillef-Guerrero | ) 19-MJ-21127-RNB-CAB |
| 6 | US v. Hairo Ivan Felipe-Segura | ) 19-MJ-21156-SAB-CAB |
| 7 | US v. Nicolas Mendoza-Santiago | ) 19-MJ-21354-FAG-CAB |
| | US v. Juan Carlos Merino-Diaz | ) 19-MJ-21410-FAG-CAB |
| 8 | US v. Sergio Garcia-Ricardez | ) 19-MJ-21476-RNB-CAB |
| 9 | US v. Ever Josue Lopez-Perez | ) 19-MJ-21760-JLB-CAB |
| | US v. Cuahutemoc Romero-Romero | ) 19-MJ-22115-BLM-CAB |
| 10 | US v. Hugo Barban-Ponce | ) 19-MJ-22403-RAM-CAB |
| 11 | US v. Alfonso Tlaxcala-Colohua | ) 19-MJ-22463-RNB-CAB |
| | US v. Alfredo Ascencion-Acencion | ) 19-MJ-22479-KLS-CAB |
| 12 | US v. Edgar Ramirez-Pedro | ) 19-MJ-22504-KLS-CAB |
| 13 | US v. Juan Cruz-Silva | ) 19-MJ-22644-MSB-CAB |
| | US v. Aurelio Ortega-Rizo | ) 19-MJ-22675-RNB-CAB |
| 14 | US v. Eric Noe Urbina-Martinez | ) 19-MJ-22708-RNB-CAB |
| 15 | US v. Maria Hernandez-Martinez | ) 19-MJ-20391-BLM-CAB |

) **JUDGMENT AND ORDER GRANTING MOTION TO VACATE AND DISMISS**

On the Government's motion, and for good cause shown, the convictions in the above cases are vacated and the charges dismissed without prejudice.

IT IS SO ORDERED.

DATED: 2/26/2020

HON. CATHY ANN BENCIVENGO
United States District Judge